■ FLEETWOOD TOY CORPORATION, Respondent, v BERNARD GOODMAN et al., Appellants.—Order, Supreme Court, New York County (Irma Vidal Santaella, J.), entered on April 6, 1989, unanimously affirmed, for the reasons stated by Irma Vidal Santaella, J. Respondent shall recover of appellants $250 costs and disbursements of this appeal. Concur—Kupferman, J. P., Carro, Asch, Rosenberger and Smith, JJ.